# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | |
| vs. | | NO: WA:24-CR-00188(1)-ADA |
| (1) GILBERT BERNARDO QUINTEROS | | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed November 4, 2025, wherein the defendant (1) GILBERT BERNARDO QUINTEROS waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) GILBERT BERNARDO QUINTEROS to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) GILBERT BERNARDO QUINTEROS' plea of guilty to Count One (1) is accepted.

Signed this 17th day of November, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE